An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ARBUCKLE DRIVE HOMEOWNER
ASSOCIATION, INC.,
Appellant,
vs.
LANDCARE, INC.,
Respondent.

No. 59200

**FILED**

MAR 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On December 17, 2012, this court entered an order dismissing the appeal in part based on the parties' stipulations and directing appellant to file a stipulation or a motion to voluntarily dismiss this appeal as to the remaining respondent, Landcare, Inc. To date, appellant has failed to comply with or otherwise respond to this court's December 17 order. Accordingly, we dismiss this appeal as abandoned.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08943

cc:    Hon. Linda Marie Bell, District Judge
Stephen E. Haberfeld, Settlement Judge
Rands, South & Gardner/Henderson
Law Offices of Kenneth E. Goates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A